1

Hon. Robert S. Lasnik

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9

DONALD GRAVELET-BLONDIN, and
KRISTI GRAVELET-BLONDIN,

No. C09-1487 RSL

10

Plaintiffs,

MOTION FOR RECONSIDERATION OR
MODIFICATION OF ORDERS
AUTHORIZING WEAPONS IN
DEPOSITIONS

11

v.

12

SGT. JEFF SHELTON, and OFFICER CARL
WHALEN, CITY OF SNOHOMISH,

**Note on Motion Calendar:  July 26, 2010**

13

Defendants.

14

15

Plaintiffs respectfully move the Court for reconsideration of its Orders granting the

16

defendants' Motion to Compel, and denying the plaintiffs' Motion for a Protective Order, with

17

respect to Kristi Gravelet-Blondin.  Specifically, Plaintiffs respectfully ask the Court to modify

18

its order to apply the same conditions for Kristi Gravelet-Blondin's deposition as the Court has

19

for Donald Gravelet-Blondin's, i.e. that she be deposed without armed and uniformed police

20

officers present.  Plaintiffs also move the Court for reconsideration of its Order denying

21

plaintiffs' Motion for a Protective Order regarding the bringing of firearms to other depositions

22

in this case.  Plaintiffs would like to exercise their right to attend depositions, yet will be deterred

23

from doing so under present circumstances.

24

### FACTUAL BACKGROUND

25

In support of this Motion, plaintiffs submit the following points they believe the Court

26

has overlooked or misapprehended:

27

MOTION FOR RECONSIDERATION OF ORDERS AUTHORIZING
WEAPONS IN DEPOSITIONS - 1

No. C09-1487 RSL
9536.1 dg193201

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

1     1.     The principal concern of plaintiffs' counsel, from the outset, was the fact that

2     plaintiffs have both suffered severely from Post-Traumatic Stress Disorder, would be

3     traumatized by being required to sit in a small room with armed police officers, and might suffer

4     a relapse or exacerbation of their emotional state. *See* Shaeffer Declaration, Dkt. No. at 43. The

5     primary reasons plaintiffs' counsel had not raised the issue earlier were 1) the vociferous

6     arguments by defense counsel, including the argument that the police officers had a First

7     Amendment right (Freedom of speech/expression and Freedom to Associate) to carry firearms

8     into plaintiffs' counsel's offices, and 2) the expectation that there would be further discussions,

9     including a call to the Court, regarding proposal to move the deposition at which more complete

10     arguments could be made. *See* Supplemental Shaeffer Declaration, filed herewith.

11     2.     Plaintiffs submitted medical records showing that plaintiff Kristi Gravelet-

12     Blondin was diagnosed with Post-Traumatic Stress Disorder because of this incident, and has

13     been treated for that condition. Dkt. No. 43 at Ex. 2. The logical inference from this is that

14     Ms. Gravelet-Blondin would be further traumatized by being deposed in the presence of armed

15     and uniformed officers in a tense, emotional and close situation, just as Mr. Gravelet-Blondin

16     would be. Because the Court has ruled that expert testimony is necessary to support this

17     inference, a Declaration of Tatiana Sadak, ANRP, a psychiatric nurse practitioner who is treating

18     Ms. Gravelet-Blondin, so stating, is filed herewith.

19     3.     No identified City or State interest outweighs the right of the plaintiffs and their

20     counsel to have a safe and unintimidating environment in which to conduct and attend these

21     depositions. There is no requirement in the Snohomish police regulations or elsewhere that

22     police officers attend court proceedings or depositions in uniform. It is safe to walk the streets of

23     Seattle during the day without a firearm. The officers would not be endangered any more than

24     any other member of the public by coming to downtown Seattle and entering an office building

25     without a uniform or firearm.

26

27

MOTION FOR RECONSIDERATION OF ORDERS AUTHORIZING
WEAPONS IN DEPOSITIONS - 2

No. C09-1487 RSL
9536.1 dg193201

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

4.      Since the time of the Court's Order, the parties have made efforts to reschedule the depositions of the Plaintiffs. Defense counsel has made clear that the Defendants intend to attend all depositions, including that of Ms. Gravelet-Blondin (unless "time permits"), uniformed and armed. Supplemental Shaeffer Declaration, Ex. 1. Plaintiffs have a right to attend all depositions in this case. They would like to do so, but they will be deterred from doing so if they must do so with the defendants and other officers allied with them in attendance, armed with guns.

## REQUEST FOR RELIEF

Plaintiffs respectfully request the following modifications to the Court's July 12 Order as follows:

Deposition of Kristi Gravelet-Blondin: The Court has already ordered that good cause exists for Mr. Gravelet-Blondin to have his deposition taken outside the presence of armed and uniformed officers. Plaintiffs respectfully request the Court to hold the same for Ms. Gravelet-Blondin.

Other Depositions in this Case: Plaintiffs respectfully request an order prohibiting any party or witness from carrying firearms into depositions in this case, without advance agreement or leave of court.

DATED this 26 day of July, 2010.

Respectfully submitted,

MacDONALD HOAGUE & BAYLESS

By
Timothy K. Ford, WSBA #5986
Joseph R. Shaeffer, WSBA #33273
Attorneys for Plaintiffs

MOTION FOR RECONSIDERATION OF ORDERS AUTHORIZING
WEAPONS IN DEPOSITIONS - 3

No. C09-1487 RSL
9536.1 dg193201

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

1
2
3
4
5

## CERTIFICATE OF SERVICE

6

    I hereby certify that on the 26th day of July, 2010, I electronically filed the foregoing with

7

the Clerk of the Court using the CM/ECF System which will send notification of such filing to

the following:

8
9

    Richard B. Jolley  rjolley@kbmlawyers.com
    Adam L. Rosenberg  arosenberg@kbmlawyers.com

10

                           Linda M. Thiel, Legal Assistant

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

MOTION FOR RECONSIDERATION OF ORDERS AUTHORIZING
WEAPONS IN DEPOSITIONS - 4

No. C09-1487 RSL
9536.1 dg193201

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961